IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID E. ISOM,

      Appellant,

 v.

Case No. 5D22-2184
LT Case Nos. 05-2017-CF-021896-A
              05-2017-CF-055902-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed January 24, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

David E. Isom, Jasper, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.